IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

GUIPING ZHANG,

    Plaintiff,

v.

The Partnerships and Unincorporated
Associations identified on Schedule A,

    Defendants.

Case No.: 1:25-cv-15681

## PLAINTIFFS' *EX PARTE* MOTION FOR LEAVE TO TEMPORARILY SEAL DOCUMENTS

Pursuant to Local Rule 5.8 and Fed. R. Civ. P. 26(c)(1), Plaintiff files this Motion for leave to temporarily file the following documents under seal: (1) the Schedule "A" attached to the Complaint, which contain identifying information; and (2) certain documents to be filed in support of Plaintiffs' forthcoming motion for a temporary restraining order, including exhibits identifying Defendants' online storefronts, infringing product listings, and orders placed for the infringing products.

In this case, Plaintiff is requesting temporary *ex parte* relief based on an action for copyright infringement under the Copyright Act. Sealing this limited portion of the file is necessary to prevent the Defendants from learning of these proceedings prior to the execution of the temporary restraining order. If Defendants were to learn of these proceedings prematurely, the likely result would be the destruction of relevant documentary evidence, the hiding or transferring of assets to foreign jurisdictions, and the transfer or disablement of the infringing websites. Such acts would frustrate the purposes of the underlying law and would interfere with

1

this Court's power to grant relief.

  Once the temporary restraining order has been entered and executed, and the requested enforcement actions have been completed, Plaintiff will promptly move to unseal these materials.

DATED: December 29, 2025        Respectfully submitted,

                     */s/ Qin Zhuang*
                     Qin Zhuang
                     Building 2, Unit 1, Room 507
                     5 Chaoyang Road, Chaoyang
                     Beijing, PRC 100022
                     0086-155-1009-0593
                     zhuangqin@yuntinglaw.com
                     **Counsel for Plaintiffs**