# Exhibit 1



# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*
United States Register of Copyrights and Director

**Registration Number**
**VA 2-339-083**
Effective Date of Registration:
February 01, 2023
Registration Decision Date:
March 21, 2023

## Title
- **Title of Work:** Axolotl inflatable costume

## Completion/Publication
- **Year of Completion:** 2023
- **Date of 1st Publication:** February 01, 2023
- **Nation of 1st Publication:** United States

## Author
- **Author:** Guiping Zhang
- **Author Created:** 3-D artwork
- **Work made for hire:** No
- **Citizen of:** China

## Copyright Claimant
- **Copyright Claimant:** Guiping Zhang
  No. 520, Group 10, Lao Wang Ji Villagers Group, Zhangqiao Township, Zhecheng County, Henan Province, China

## Certification
- **Name:** Guiping Zhang
- **Date:** February 01, 2023
- **Applicant's Tracking Number:** Z202301061

**Copyright Office notes:** Regarding basis for registration: Pictorial, graphic, and sculptural features identified separately from and capable of existing independently of the utilitarian aspects of a useful article.

Page 1 of 2