IN THE UNITED STATES DISTRICT COURT
FOR NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| GUIPING ZHANG,<br><br>    Plaintiff,<br><br>v.<br><br>The Partnerships and Unincorporated Associations identified on Schedule A,<br><br>    Defendants. | Case No.: 1:25-cv-15681<br><br>Judge Manish S. Shah<br><br>Magistrate Judge Jeffrey T. Gilbert. |

**PLAINTIFF'S MOTION FOR LEAVE TO DEPOSIT FUNDS INTO COURT REGISTRY**

Plaintiff Guiping Zhang ("Plaintiff"), by and through counsel, respectfully moves for leave to deposit funds into the Court's registry pursuant to Fed. R. Civ. P. 67(a) and this District's registry deposit procedures.

On January 26, 2026, the Court entered a Temporary Restraining Order (Dkt. 15) requiring Plaintiff to "deposit with the Court twenty-five thousand dollars ($25,000), either cash or surety bond, as security." Plaintiff requests leave to deposit $25,000 in cash (by cashier's check) into the Court registry to satisfy the TRO's security requirement.

DATED: January 30, 2025                                                   Respectfully submitted,

                                                                                         */s/ Qin Zhuang*

                                                                                         Qin Zhuang
                                                                                         Building 2, Unit 1, Room 507
                                                                                         5 Chaoyang Road, Chaoyang
                                                                                         Beijing, PRC 100022
                                                                                         0086-155-1009-0593
                                                                                         zhuangqin@yuntinglaw.com
                                                                                         ***Counsel for Plaintiff***

**CERTIFICATE OF SERVICE**

On January 30, 2026, I filed the foregoing document with the clerk of Court for the U.S. District Court, Northern District of Illinois, Eastern Division, using the CM/ECF System, which will send notification of said filing to all counsel of record.

/s/ *Qin Zhuang*

Qin Zhuang